IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARLENE RAMOS,

    Plaintiff,

v.                                                     CIV 18-1191 KK/KBM

JAMES BRANDON, employee of
Bernalillo County Metropolitan
Detention Center, and
MELISSA FIGUEROA, employee of
Bernalillo County Metropolitan Detention
Center, FRANK MAESTAS,
employee of Bernalillo County Metropolitan
Detention Center, CHRIS SANCHEZ,
employee of Bernalillo County
Metropolitan Detention Center,
PHILLIP GREER, employee of Bernalillo
County Metropolitan Detention Center,
JOHN DOE, employee of Bernalillo County
Metropolitan Detention Center,

    Defendants.

## ORDER TO SHOW CAUSE
## WHY *EX PARTE* PLEADING SHOULD NOT BE MADE PUBLIC

THIS MATTER comes before the Court *sua sponte*, following its review of Plaintiff's Complaint, which her counsel filed *ex parte*, for viewing by only Plaintiff and the Court. *See Doc. 1.*

This Court's administrative procedures set out specific grounds for setting document access restrictions, and such restrictions must be permitted by the Court. *See* CM/ECF Admin. Proc. Manual, § 9(h)(1) & (2). Additionally, the Court "may order that a filing be made under seal without redaction" and later "unseal the filing or order the person who made the filing to tile a redacted version for public record." Fed. R. Civ. P. 5.2(d). Generally speaking, however, the public has a right to access court records. *See*

*United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997) (judicial documents are presumptively available to the public but may be sealed if the right to access is outweighed by the interests favoring nondisclosure).

The Court is unaware of any permission given to Plaintiff to restrict the level of access for her Complaint to *ex parte*. Accordingly, the Court orders Plaintiff to show cause **within seven (7) days of entry of this Order** why the entire pleading (*Doc. 1*) should not be made available for public access. Failure to respond to this Order to Show Cause will result in the unsealing of the Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE